IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BRADLEY C. RUSSELL,                                                                        PLAINTIFF

v.                                             CIVIL ACTION NO. 1:07CV283-M-A

MICHAEL J. ASTRUE,                                                    DEFENDANT

**FINAL JUDGMENT**

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated March 31, 2008, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record; more than ten days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated March 31, 2008, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2. The case is accordingly dismissed with prejudice.

SO ORDERED, this the 18th day of March 2009.

                                                   **/s/ MICHAEL P. MILLS**
                                                   **CHIEF JUDGE**
                                                   **UNITED STATES DISTRICT COURT**
                                                   **NORTHERN DISTRICT OF MISSISSIPPI**